SO ORDERED: June 28, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  THOMAS J YOUNG
DONNA M YOUNG

DEBTORS                                                                 CASE NO:  16-90351-BHL-13

### ORDER CONFIRMING DEBTORS' 1ST AMENDED CHAPTER 13 PLAN AS MODIFIED

The Debtors, having filed an Amended Plan on May 25, 2016, and after notice and opportunity, there were no objections filed.  The Court, after reviewing the filings and the Trustee's recommendation, hereby approves the modifications pursuant to a Settlement Agreement filed on May 24, 2016 resolving the Trustee's Motion to Dismiss filed on May 13, 2016 and confirms the Amended Plan as follows:

1) the Amended Plan complies with the provisions of this chapter and with other applicable provisions of this title;
2) any fee, charge, or amount required by statute or by the Amended Plan, to be paid before confirmation, has been paid;
3) the Amended Plan has been proposed in good faith and not by any means forbidden by law;
4) the value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such a claim if the estate of the Debtors was liquidated under 11 U.S.C. Chapter 7 on such date:
5) Adequate Protection Payments shall continue:

- until the Attorney Fees are paid in full, at which time the creditor will begin receiving the

JMB

        Equal Monthly Installment Payments provided for in the Amended Plan;

6) with respect to each allowed Secured Claim provided for by the Amended Plan:

- West End Bank SB – 2010 Chevrolet Impala debt paid in full through the plan;
- United Consumer Financial Services – Kirby Vacuum to be Surrenedered;

7) with respect to each allowed Priority Claim provided for by the Amended Plan:  NONE
8) with respect to each allowed Special Class Unsecured Claim provided for by the Amended Plan: NONE;
9) all Contracts and/or Leases are rejected unless assumed by the Amended Plan;
10) the Debtors will be able to make all payments under the Amended Plan and to comply with the Amended Plan;

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:

1. For 60 months or until further ordered, the Debtors shall pay (or the employer of the Debtors shall deduct from the wages, salary, or commissions of the Debtors and pay) to Joseph Black, Jr, Chapter 13 Trustee, PO Box 440, Memphis, TN 38101-0440, the sum of $112.00 per month for one (1) month beginning April 2016; then $113.00 per month for two (2) months; then $190.00 per month for three (3) months; then $258.00 per month for twenty-seven (27) months; then $284.00 per month for twenty-seven (27) months; for payments to the Trustee of $15,542.00, plus any additional payments required to satisfy the Chapter 7 liquidation test pursuant to 11 U.S.C. §1325(a)(4) or the disposable income calculation pursuant to 11 U.S.C. §1325(b)(2) as set forth in this Order and determined by the amount of allowed unsecured claims;

2. The value of the security and the treatment of the special class unsecured claims are as shown above in the findings;

3. The Debtors may incur post-petition debt upon written approval from the Trustee except for transactions concerning real estate;

4. There modifications to the Amended Plan are;

- The Trustee will initiate a Wage Withholding Order that reflects the Plan Payment change;
- Plan Payments are to be made direct to the Trustee until such time as the payments are seen

JMB

    deducted from either a paycheck or bank account;

- The case will be automatically dismissed if any payment due during the six (6) month probationary period is not received by the Trustee prior to the last day of the month in which it is due;
- Plan Payments will only be deemed timely received by the Trustee if received in the month in which they are due;
- The Base Amount will decrease to $15,542.00;

5. Future income and receipts of the Debtors shall remain the property of the estate and paid either to the Debtors or the Trustee as set out in the Amended Plan or order and all other assets of the Debtors shall remain in the possession and control of the Debtors with the estate having a non-possessory beneficial interest in the assets in that they are necessary for the effective reorganization of the Debtors.

6. Plan payments will only be deemed timely received by the Trustee if received in the month in which they are due.

7. The Debtors' Amended Plan is confirmed as modified.

###

JMB